### CITY OF PROVIDENCE By and Through its WATER SUPPLY BOARD

#### v.

### Edward F. BURKE et al.

#### No. 80–331–M.P.

Supreme Court of Rhode Island.

Aug. 28, 1980.

William J. McGair, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., William G. Brody, Asst. Atty. Gen., John R. McDermott, Spec. Asst. Atty. Gen., for respondents.

## ORDER

The petitioner's motion for stay is denied and the stay entered in this court on August 26, 1980 is hereby vacated. Since the order of the Public Utilities Commission which petitioner complains of is interlocutory, the petition for certiorari is denied and dismissed, the writ heretofore issued is quashed, and the records if any certified to this court are ordered returned to the commission for further proceedings.